# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **v.** | ) | **Civ. No. 07-49-B-W** |
| | ) | |
| **SEVEN ASSORTED FIREARMS   AND** | ) | |
| **AMMUNITION** | ) | |
| | ) | |
| **DEFENDANTS-IN-REM.** | ) | |

## DECREE OF FORFEITURE

WHEREAS, on April 12, 2007, a Verified Complaint for Forfeiture against the defendants-in-rem was filed on behalf of the plaintiff, United States of America, pursuant to the provisions of of Title 18, United States Code, Sections 922(g)(9) and 924(d);

WHEREAS, it appearing that process was fully issued in this action and returned according to law;

WHEREAS, on May 23, 2007, notice of this action was published in the Morning Sentinel, a newspaper of general circulation;

WHEREAS, on June 8, 2007, Russell Booker was served with the Verified Complaint for Forfeiture, the Summons and Warrant for Arrest and Notice of the forfeiture;

WHEREAS, on about July 26, 2007, Russell Booker was defaulted;

WHEREAS, it appearing from the record no claims, contested or otherwise, have been filed against the defendants-in-rem;

**NOW THEREFORE**, on motion of the plaintiff, United States of America for a decree of forfeiture, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the defendants-in-rem are **FORFEITED**

to the United States and no right, title or interest shall exist in any other person or entity;

**IT IS FURTHER ORDERED THAT**   that the defendants-in-rem shall be disposed of

according to law.

**SO ORDERED.**


/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of July, 2007